

# Fourth Court of Appeals
## San Antonio, Texas

July 31, 2017

No. 04-17-00112-CV

**GARY BEAVERS CONSTRUCTION**, Gary W. Beavers, and Amy Beavers,
Appellant

v.

Robert W. **SKLOSS** and Jaclyn H. Nguyen,
Appellee

From the 452nd District Court, Edwards County, Texas
Trial Court No. 4048
The Honorable Robert Hoffman, Judge Presiding

# O R D E R

Appellee's second motion for extension of time is GRANTED. Appellee's brief is due September 1, 2017. NO FURTHER EXTENSIONS WILL BE GRANTED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of July, 2017.

_____
Luz Estrada
Chief Deputy Clerk